UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-16-5078-GF-JTJ |
| --- | --- |
| Plaintiff, | Ticket Number: 6563878<br>Location Code: M13<br>Disposition Code: PE for 6563878 and NM for 6563879 |
| vs. | |
| JESIAH RICHARDS, | JUDGMENT IN A CRIMINAL CASE and ORDER DISMISSING |
| Defendant. | |

The Defendant, Jesiah Richards, was present in court and entered a plea of guilty to the charge of: DISCHARGE OF A WEAPON ENDANGERING PERSONS.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $500.00 plus $30.00 Special Assessment for DISCHARGE OF A WEAPON ENDANGERING PERSONS for a total of $530.00. Defendant must pay by check or money order payable to U.S. COURTS—CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid in monthly payments of $50.00, with the first payment due on or before November 1, 2016.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule

of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, by serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $37 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

IT IS FURTHER ORDERED THAT VIOLATION 6563879 is hereby DISMISSED on the motion of the United States.

Date of Imposition of Judgment: October 20, 2016.

October 25, 2016
Date Signed

JOHN JOHNSTON
United States Magistrate Judge